**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　*　　　CRIM. NO. 21-cr-369-3 (SDW)
　　　　　　　　　　　　　　　　*
TRE BYRD　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐ Other:

Date: June 9, 2021

_____
Honorable Susan D. Wigenton
United States District Judge