UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. TRE BYRD 21-cr-369-3 (SDW)

## **PETITION FOR WRIT OF HABEAS CORPUS**

**( X ) Ad Prosequendum**              ( ) Ad Testificandum

1. TRE BYRD, D/O/B 6/2/2001; FBI No. 272963FH0; (hereinafter the "Detainee") is in the custody of the Essex County Jail.

2. The Detainee is

    charged in this District by: (**X**) Indictment     () Information     () Complaint

    with a violation of 18 USC § 1962(d).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, **via VTC**, before the Hon. Susan D. Wigenton, on Thursday, October 27, 2022, at 12:45 p.m., for an arraignment in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

                                                                    */s/Francesca Liquori*

DATED:   October 23, 2022                           _____
                                                                    Francesca Liquori
                                                                    Assistant U.S. Attorney
                                                                    Petitioner

# O R D E R

Let the Writ Issue.

DATED: October 24, 2022

_____
Hon. Susan D. Wigenton, U.S.D.J.

# W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of the Essex County Jail.

WE COMMAND YOU that you have the body of

    TRE BYRD, D/O/B 6/2/2001; FBI No. 272963FH0

in the custody of Essex County Jail brought to the United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Thursday, October 27, 2022, at 12:45 p.m., for an arraignment, **VIA VTC**, in the matter of United States v. Tre Byrd, 21-cr-369-3 (SDW).

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Susan D. Wigenton
    United States District Judge
    Newark, New Jersey

DATED: October 24, 2022

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
      Deputy Clerk